# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Esteban ADAME-Alvarez**
097 902 408
YOB: 1980
COC: Mexico

**CRIMINAL COMPLAINT**

Case Number: M-19- 891-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 19, 2019** in **Starr** County, in the **Southern** District of **Texas** defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

On April 19, 2019, Esteban ADAME-Alvarez, a citizen of Mexico, was encountered by U.S. Customs and Border Protection officers as he attempted to enter the United States via the Rio Grande City, TX Port of Entry. Record checks revealed the defendant was formally removed from the United States to Mexico on March 28, 2019 via the Harlingen, Texas. The defendant was instructed not to return to the United States without permission from the Attorney General or the Secretary of Homeland Security. On January 5, 2016, the defendant was convicted of Reentry of Deported Alien and was sentenced to 53 months confinement and 36 months of supervised release.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to & attested telephonically per F.R.Crim.P. 4.1, & probable cause found on:

Approved By: **Scott Greenbaum**
AUSA

s/Mario E. Canales
Signature of Complainant
s/Mario E. Canales
Printed Name of Complainant

April 20, 2018  @ 3:37 p.m.
Date

at **McAllen, Texas**
City and State

**Juan F. Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer